**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CYNTHIA LEMLEY                                                                                    PLAINTIFF

v.                                                     NO. 4:10CV01155 JLH

METROPOLITAN LIFE INSURANCE
COMPANY and AMERICAN NATIONAL
RED CROSS LONG-TERM DISABILITY PLAN                              DEFENDANTS

**ORDER**

On August 17, 2010, this action was removed from Pulaski County Circuit Court, case number 60CV-10-3978, by the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. - Little Rock, on behalf of defendant American National Red Cross Long-Term Disability Plan, and randomly assigned to this Court. On that same date, the law firm of Mitchell, Williams, Selig, Gates & Woodyard, PLLC - LR, removed the same case from Pulaski County Circuit Court on behalf of both named defendants. The Mitchell Williams' removal was assigned case number 4:10CV01153 SWW, and randomly assigned to the docket of United States District Judge Susan Webber Wright.

IT IS THEREFORE ORDERED that case number 4:10CV01155 JLH be administratively terminated, as it is a duplicate filing of case number 4:10CV01153 SWW. The Clerk of Court is directed to refund the $350.00 filing fee to the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. - Little Rock.

IT IS SO ORDERED this 23rd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE